UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **MATTHEW S. BERNARD** | **CIVIL ACTION NO. 06-1584-P** |
| **VERSUS** | **JUDGE HICKS** |
| **WARDEN** | **MAGISTRATE JUDGE HORNSBY** |

### MEMORANDUM ORDER

Before the Court is a petition for writ of <u>habeas corpus</u> filed by <u>pro se</u> petitioner Matthew S. Bernard, pursuant to 28 U.S.C. § 2254. This petition was received and filed in this Court on September 14, 2006. Petitioner is incarcerated in the Caldwell Correctional Center in Grayson, Louisiana. He challenges his conviction and sentence in the Louisiana Nineteenth Judicial District Court, Parish of East Baton Rouge.

Pursuant to the authority granted in 28 U.S.C. § 1406, **IT IS HEREBY ORDERED** that the Clerk of Court **TRANSFER** the above captioned case to the United States District Court for the Middle District of Louisiana, the district in which the alleged cause of action arose. **IT IS FURTHER ORDERED** that a determination of Petitioner's <u>pauper</u> status be deferred to the transferee court for resolution and disposition.

**THUS DONE** and signed, in chambers, in Shreveport, Louisiana, on this <u>20th</u> day of November 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com



## United States District Court
OFFICE OF THE CLERK
### Western District of Louisiana

November 20, 2006

*800 Lafayette Street, Suite 2100*  
*Lafayette, LA 70501*  
*1-866-323-1101*

*300 Fannin Street, Suite 1167*  
*Shreveport, LA 71101-3083*  
*1-866-323-1101*

Clerk of Court  
Middle District of Louisiana  
777 Florida St., Suite 139  
Baton Rouge, LA 70801

    RE:    5:06-1584 Sec P  
              MATTHEW S. BERNARD VS. WARDEN

Dear Clerk:

    Pursuant to order filed on 11/20/06 in the above-captioned case, this matter is hereby transferred to your court.

    The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF. Please be advised you may access this database to obtain original pleadings. Our web site address is: http://ecf.lawd.circ5.dcn; upon receipt of this letter, please contact our help desk (as listed below) or e-mail us at the following Lotus Notes address: Lawdml_cmecf Help Desk to obtain the login and password. The login and password will be for this official purpose only and should not be shared with any non-federal court personnel.

    Please acknowledge receipt on the enclosed copy of this letter.

    ATTORNEYS ARE ADVISED THAT ALL FUTURE FILINGS SHOULD BE DIRECTED TO RECEIVING COURT NAMED ABOVE.

    For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

    THUS DONE November 20, 2006.

                                             ROBERT H. SHEMWELL  
                                             CLERK OF COURT

ced