UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MATTHEW S. BERNARD
(DOC #119526)

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY & CORRECTIONS, ET AL

CIVIL ACTION

NO. 06-899-A

**RULING
ON MOTION FOR SUMMARY JUDGMENT**

The court has carefully considered the habeas corpus petition, the motion for summary judgment, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 19, 2007 (doc. 17), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Summary Judgment (doc. 13) filed by respondent, Louisiana Department of Public Safety and Correction is hereby GRANTED and this matter shall be DISMISSED with prejudice.

Baton Rouge, Louisiana, August 8, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA